UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTEM BERESNEV SERGEEVICH,

           Plaintiff,

  v.

IVAN BORISOVICH ULYANOV,

           Defendant.

Case No. C24-604 JHC

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See Sergeevich v. Denisovich*, Case No. C23-1331-JHC (case dismissed for lack of subject matter jurisdiction on November 21, 2023); *Sergeevich v. Denisovich*, Case No. C24-100-KKE. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

ORDER - 1

Dated this 3rd day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2