UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BERESNEV SERGEEVICH,<br><br>Plaintiff,<br><br>v.<br><br>IVAN BORISOVICH ULYANOV,<br><br>Defendant. | CASE NO. 2:24-cv-00604-JHC<br><br>ORDER |

On August 23, 2024, the Court ordered Plaintiff to show cause within 21 days why this matter should not be dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). Dkt. # 7. Plaintiff failed to respond. Accordingly, the Court DISMISSES this matter without prejudice for failure to comply with Rule 4(m).

Dated this 24th day of October, 2024.

John H. Chun
United States District Judge

ORDER - 1